IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BREANNA MORELLO[1] | ) |
| | ) |
| Plaintiff, | ) COMPLAINT |
| | ) Freedom of Information |
| | ) Act, 5 U.S.C. §552 |
| v. | ) |
| | ) |
| TRANSPORTATION SECURITY | ) |
| ADMINISTRATION | ) |
| 6595 Springfield Center Drive | ) |
| Springfield, VA 22150 | ) |
| | ) |
| Defendant. | ) |
| | ) |

Comes now Breanna Morello ("Morello"), by and through undersigned counsel, and allege as follows:

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld from Plaintiff by Defendant Transportation Security Administration ("TSA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331 and 5 U.S.C. §552(a)(4)(B).

3. Venue lies in this district under 28 U.S.C. §1391(e).

## PARTIES

---

[1] The information required by LCvR 5.1(c) will be filed under seal.

4. Plaintiff Breanna Morello is an adult female resident of the state of Florida and an investigative journalist. Ms. Morello is the host of the @BreannaMShow and the founder of B More Media.

5. Defendant Transportation Security Administration is an agency within the meaning of 5 U.S.C. § 552(f). Defendant TSA has possession, custody and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

6. On December 27, 2023, Plaintiff transmitted a Freedom of Information Act ("FOIA") request to Defendant TSA. The FOIA was submitted via the TSA's FOIA Portal. A true and correct copy of the FOIA is attached as Exhibit "A."

7. The FOIA requested the following:

This request is for all internal documents from 12/1/2021-12/1/2023 regarding undocumented migrants. These memos and/or procedures regarding how TSA handles the security process for undocumented migrants and/or aliens.

We are also requesting the data of undocumented migrants and/or aliens that were allowed to board flights by presenting DHS paperwork. We would also like the data of people allowed to board commercial flights without identification over the last 4 years.

8. Upon information and belief, no acknowledgement was received.

9. On December 30, 2023, Plaintiff transmitted another FOIA to the TSA via the TSA's FOIA Portal. A true and correct copy of the FOIA is attached as Exhibit "B."

10. This FOIA requested the following:

This request is for TSA internal communications (emails) from 1/6/2021-6/30/2021. These emails were sent to and from DHS regarding the "SSSS" watchlist also known as "Quiet Skies". These communications would include the discussions of a list of travelers in the D.C. metro area that flew in prior to 1/6/2021.

We are also requesting any internal emails that included these names. These names could be included in the same body or subject of the email or they could appear separately. Those names are Tayler Hansen, JD Rivera, Jesus Rivera, Jesus Delmora

Rivera. These emails would have been sent at any point from 1/6/2021-10/30/2023. For an additional request, I am looking for internal emails that include the name "James O'Keefe". These emails would have been sent from 1/1/2023-12/1/2023. His name would be included in either the body or the signature of those emails.

11. The TSA acknowledged this FOIA, assigned it Case Number 2024-TSFO-00372, and invoked "unusual circumstances," allowing it an additional ten business days to comply with FOIA. *See* Exhibit "C."

12. Pursuant to FOIA, 5 U.S.C. §552(a)(6)(A)(i), Defendant TSA had twenty (20) business days in which to produce the requested records. This period has expired. With regard to the second FOIA in which TSA invoked "unusual circumstances," that period has likewise expired.

13. Pursuant to 5 U.S.C. §552(a)(6)(A)(i), Defendant was required to determine whether to comply with the requests within twenty (20) working days of receipt and to notify Plaintiff immediately of its determination, the reasons therefore, and the right to appeal any adverse determination.

14. As of the date of this Complaint, Defendant has failed to: (i) to fully comply with Plaintiff's FOIA requests; (ii) notify Plaintiff of any such determination or the reasons therefore; (iii) advise Plaintiff of the right to appeal any adverse determination; or (iv) produce all the requested records or otherwise demonstrate that the requested records are exempt from production.

15. Because Defendant has failed to comply with the time limit set forth in 5 U.S.C. §552(a)(6)(A), Plaintiff is deemed to have exhausted any and all administrative remedies pursuant to 5 U.S.C. §552(a)(6)(C).

## COUNT I
### (Violation of FOIA, 5 U.S.C. §552)

16.  Plaintiff realleges the preceding paragraphs as if fully stated herein.

17.  Defendant is unlawfully withholding records requested by Plaintiff pursuant to 5 U.S.C. §552.

18. Plaintiff is being irreparably harmed by reason of Defendant's unlawful withholding of records responsive to Plaintiff's FOIA requests, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

**WHEREFORE**, Plaintiff respectfully requests that the Court:

(1) Order Defendant to conduct a search for any and all responsive records to Plaintiff's FOIA requests and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA requests;

(2) Order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA requests, and a *Vaughn* index of any responsive records withheld under claim of exemption;

(3) Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA requests;

(4) Grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. §552(a)(4)(E); and

(5) Grant Plaintiff such other relief as the Court deems just and proper.

Dated: April 8, 2024.

          Respectfully Submitted,

          BREANNA MORELLO

          ***/s/ Stephen D. Stamboulieh***
          Stephen D. Stamboulieh

                                      Stamboulieh Law, PLLC
                                      P.O. Box 428
                                      Olive Branch, MS  38654
                                      (601) 852-3440
                                      stephen@sdslaw.us
                                      DC District Court Bar# MS0009
                                      *Counsel for Plaintiff*