December 27, 2023

TSA
6595 Springfield Center Drive
Springfield, VA 22150

Freedom of Information Act Request

Dear FOIA Officer,

This is a request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I am an independent journalist. Because the information sought is believed to be with your agency, I direct this FOIA to your agency.

This request is for all internal documents from 12/1/2021-12/1/2023 regarding undocumented migrants. These memos and/or procedures regarding how TSA handles the security process for undocumented migrants and/or aliens.

We are also requesting the data of undocumented migrants and/or aliens that were allowed to board flights by presenting DHS paperwork. We would also like the data of people allowed to board commercial flights without identification over the last 4 years.

I am willing to pay up to $100 for the processing of this request. I also request a fee waiver as these materials are greatly in the public interest and because the requested records will be distributed free of charge on the internet and will increase the public's awareness on the workings of government. Additionally, because I would be considered "media", she is entitled to a fee waiver. *See Edmonds Inst. v. DOJ*, 460 F. Supp.2d 63, 72 (D.D.C. 2006); *Votehemp, Inc. v. DEA*, 237 F. Supp. 2d 55, 58 (D.D.C. 2002).

Pursuant to FOIA, I anticipate your response within 20 (twenty) business days. Should you require additional information, please contact me at your convenience.


Best regards,

Breanna Morello

Founder of B More Media

Independent Journalist

BreannaMorello@protonmail.com