December 30, 2023

Freedom of Information Act Request

Dear FOIA Officer,

This is a request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I am an independent journalist. Because the information sought is believed to be with your agency, I direct this FOIA to your agency.

This request is for TSA internal communications (emails) from 1/6/2021-6/30/2021. These emails were sent to and from DHS regarding the "SSSS" watchlist also known as "Quiet Skies". These communications would include the discussions of a list of travelers in the D.C. metro area that flew in prior to 1/6/2021.

We are also requesting any internal emails that included these names. These names could be included in the same body or subject of the email or they could appear separately. Those names are Tayler Hansen, JD Rivera, Jesus Rivera, Jesus Delmora Rivera. These emails would have been sent at any point from 1/6/2021- 10/30/2023. For an additional request, I am looking for internal emails that include the name "James O'Keefe". These emails would have been sent from 1/1/2023-12/1/2023. His name would be included in either the body or the signature of those emails.

I am willing to pay up to $100 for the processing of this request. I also request a fee waiver as these materials are greatly in the public interest and because the requested records will be distributed free of charge on the internet and will increase the public's awareness on the workings of government. Additionally, because I would be considered "media", she is entitled to a fee waiver. *See Edmonds Inst. v. DOJ*, 460 F. Supp.2d 63, 72 (D.D.C. 2006); *Votehemp, Inc. v. DEA*, 237 F. Supp. 2d 55, 58 (D.D.C. 2002).

Pursuant to FOIA, I anticipate your response within 20 (twenty) business days. Should you require additional information, please contact me at your convenience.

Best regards,

Breanna Morello

Founder of B More Media LLC

Independent Journalist

██████████

BreannaMorello@protonmail.com