UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BREANNA MORELLO,<br><br>*Plaintiff,*<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>*Defendant.* | Civil Action No. 24-0995 (RC) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated October 1, 2024, Plaintiff Breanna Morello and Defendant, Transportation Security Administration ("TSA"), by and through undersigned counsel, report to the Court as follows.

1. This action brought under the Freedom of Information Act ("FOIA") was filed on April 8, 2024. Following the filing of an Amended Complaint on May 21, 2024, this action involves three FOIA requests, which are dated December 27, 2023 (the "first request"), December 30, 2023 (the "second request"), and March 24, 2024 (the "third request").[1]

2. TSA answered the Amended Complaint on June 6, 2024, asserting various defenses, including that the requests, in whole or in part, failed to reasonably describe the records sought. TSA joins in this status report subject to, and without waiving, that defense and the other defenses set forth in its Answer.

---

[1] The parties' June 20, 2024 status report incorrectly referred to the second request as being dated December 20, 2023, when it was dated December 30, 2023.

3.     As previously reported, the parties exchanged emails confirming TSA's understanding of the first and second requests as set forth in TSA's June 6, 2024 email, and TSA's understanding of the third request as set forth in an email exchange between counsel for the parties dated July 9, 2024.

4.     As stated in the last status report, TSA has provided a final response to the second request by letter dated September 30, 2024, advising Plaintiff that it could neither confirm nor deny the existence of responsive records.

5.     TSA states that it requires additional time to process and/or otherwise make a final determination with respect to the first and third requests, as certain records responsive to these requests are undergoing review for Sensitive Security Information, *see* 49 U.S.C. § 114(r), 49 C.F.R. Part 1520, and certain other records have been referred to other agencies for consults. Accordingly, the parties propose that they file a further joint status report by February 4, 2025, and that the Court defer setting a summary judgment briefing schedule at this time.

Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
STAMBOULIEH LAW, PLLC
D.C. District Court Bar # MS0009
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
Email: stephen@sdslaw.us

*Counsel for Plaintiff*

AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

2

By:   */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*