UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BREANNA MORELLO,<br><br>*Plaintiff,*<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>*Defendant.* | Civil Action No. 24-0995 (RC) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated August 5, 2025, and Standing Order 25-59, Plaintiff Breanna Morello and Defendant, Transportation Security Administration ("TSA"), by and through undersigned counsel, report to the Court as follows.

1. Since the filing of the last status report, counsel for the parties have agreed in principle to a resolution of this matter, but the proposed agreement remains subject to being memorialized in a mutually agreeable settlement document and the approval of the U.S. Attorneys' office.

2. Accordingly, the parties propose that they file a further joint status report by January 21, 2026, if a stipulation of dismissal has not been filed by that date.

Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
STAMBOULIEH LAW, PLLC
D.C. District Court Bar # MS0009
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440

Email: stephen@sdslaw.us

*Counsel for Plaintiff*

AND

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*